# DOCUMENT FILED IN INCORRECT CASE

Image Removed